UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUCE EDWARD DUKES,

               Petitioner,

-vs-                                                  Case No.  8:06-cv-1821-T-17MSS

SECRETARY, DEPARTMENT OF CORRECTIONS,

               Respondent.
_____/

## **ORDER**

On April 24, 1996, the President signed into law several habeas corpus amendments, one of which places limits on the filing of second or successive petitions. The amendment provides in pertinent part that before a second or successive application for habeas corpus relief is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3)(A). Although Petitioner filed the instant petition after the enactment of the aforedescribed amendment, and the present petition is clearly a second or successive petition. (See 8:88-cv-1656-T-15EAJ). Petitioner has not shown that he has applied to the court of appeals for an order authorizing this court to consider his application.

Accordingly, the Court orders:

That Petitioner's petition for writ of habeas corpus is dismissed.  The Clerk is directed to close this case and to send Petitioner the Eleventh Circuit's application form for

second or successive habeas corpus petitions under 28 U.S.C. § 2244(b). The Clerk is directed to enter judgment against Dukes.

ORDERED at Tampa, Florida, on October 10, 2006.

*[signature]*

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Bruce Edward Dukes